# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN IVAN GUARDIA,<br>          Plaintiff,<br><br>          v.<br><br>AFFINIA DEFAULT<br>SERVICES, LLC, et al.,<br>          Defendants. | CV 18-8965 DSF (GJSx)<br><br>Order DENYING Motion to<br>Remand (Dkt. No. 14) |

  Plaintiff has filed a motion to remand. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for December 10, 2018 is removed from the Court's calendar.

  The motion is DENIED because the complaint states a federal question on its face. The declaratory relief claim requests a declaration that Defendants violated 12 C.F.R. §1024.41(f)(1)(i). Compl. ¶¶ 47-49; Prayer for Relief ¶ 4. There may also be diversity jurisdiction, but that is not as clear and the Court need not reach the question.

          IT IS SO ORDERED.


Date: November 15, 2018

_____
Dale S. Fischer
United States District Judge